# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0067. MOODY et al. v. RUTHERFORD et al.

Upon consideration of Josh and Laura Beth Moody's emergency motion under Court of Appeals Rule 40 (b), it is ordered that the motion is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/06/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*